# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 42 EAL 2020

:

               Respondent   :

:

:   Petition for Allowance of Appeal

:   from the Order of the Superior Court

            v.                              :

:

:

DEWITT JOHNSON,                   :

:

              Petitioner     :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 5th day of August, 2020, the Petition for Allowance of Appeal is

**GRANTED**.  The issue, as stated by petitioner is:

> Did not the Superior Court, in a published opinion, misapply 18 Pa.C.S.§112
> in such a way as to conflict with precedent from both the Superior Court and
> this Court?